**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

October 8, 2024

Marcus Troy Reum
3118 JUDSON ST
GIG HARBOR, WA 98335

Your civil action *Reum v. Chevrolet Buick GMC of Puyallup Inc et al* was filed in the U.S. District Clerk's office at Tacoma on October 8, 2024.

Your case has been assigned Case Number **3:24–cv–05859–MJP,** and has been assigned to Judge Marsha J. Pechman, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file