UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARCUS TROY REUM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHEVROLET BUICK GMC OF PUYALLUP INC. and HONDA OF FIFE,<br><br>　　　　　　Defendants. | CASE NO. 3:24-CV-5859-JHC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because Plaintiff does not appear to have funds available to afford the $ 405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. §1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 1) is GRANTED. However, based on the allegations in the proposed complaint, it is not clear Plaintiff has adequately stated a claim upon which relief can be granted. Therefore, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

Dated this 15th day of October, 2024.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1