Pro Se 1 2022

```
_____ FILED   _____ LODGED
          _____ RECEIVED
          OCT -8 2024
       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

The Mahto Trust for the MARCUS TROY REUM Estate,

Plaintiff(s),

v.

Puyallup Buick/GMC, Hoods of Fife,

Defendant(s).

CASE NO. 3:24-cv-5859-MJP
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: The Mahto Trust, Chief Mahto, Attorney in Fact, RE
Street Address: 3118 Judson St
City and County: Gig Harbor, Washington [98335-9138]
State and Zip Code: Washington Territory, Without D.C.
Telephone Number: (253) 514-9019

COMPLAINT FOR A CIVIL CASE - 1

IFP

*Pro Se 1 2022*

B.  Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name: Puyallup Buick/GMC
Job or Title (if known): Governor Harnish
Street Address: 800 River Road
City and County: Puyallup
State and Zip Code: Washington
Telephone Number:

Defendant No. 2

Name: Honda of Fife
Job or Title (if known): General Manager
Street Address: 4301 20th St E
City and County: Fife, WA 98424
State and Zip Code:
Telephone Number:

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2022

Defendant No. 4

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(select all that apply)*

☐ Federal question:
   If checked complete section A.

☒ Diversity of citizenship:
   If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

> Constitution for 1789, Exclusive Equity (Newby V, Enron)

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2022

B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (name) __Chief Mahto, Plant in Commerce__ is a citizen of the State of (name) __Idaho__.

        b. If the plaintiff is a corporation.

The plaintiff, (name) __MARCUS TROY REHM__, is incorporated under the laws of the State of (name) __Idaho__, and has its principal place of business in the State of (name) __Kenya__.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2. The Defendant(s)

        a. If the defendant is an individual.

The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

        b. If the defendant is a corporation.

The defendant, (name) __Honda of Fife__, is incorporated under the laws of the State of (name) __WASHINGTON__, and has its principal place of business in the State of (name) __WASHINGTON__.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) __Fife, WA__.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed*:

> Cost of vehicles plus attorney/legal fees at the published rate of $100,000 per minute.

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

> Instruments properly indorsed have been exchanged and sent to the Treasury. Sales have already been completed. The Trust is now the accomodation party for the debt.

## IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

> Attorney's Fees, Motion To Compel Performance, Temporary Order preserving property.

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

Pro Se 1 2022

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-8-2024

Signature of Plaintiff: Chloé Mahto for the

Printed Name of Plaintiff: MARCUS TROY FEUM Estate All Rights Reserved - Without Prejudice

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6