UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCUS TROY REUM, | CASE NO. 3:24-cv-05859-JHC |
| Plaintiff, | ORDER |
| v. | |
| CHEVROLET BUICK GMC OF PUYALLUP INC, HONDA OF FIFE, | |
| Defendants. | |

Before the Court is pro se Plaintiff's "Affidavit in Support of Temporary Injunction and Motion to Show Cause." Dkt. # 8. To the extent this document is a motion for temporary injunctive relief, it is DENIED for these reasons: There is no indication in the file that Plaintiff provided notice to Defendant of the motion. And Plaintiff does not satisfy the requirements of Federal Rule of Civil Procedure 65(b)(1) for issuance of such relief without such notice. *See also* LCR 65(b)(1).

/

/

/

ORDER - 1

1   Dated this 30th day of October, 2024.

                                    _____
                                    John H. Chun
                                    United States District Judge

ORDER - 2