UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCUS TROY REUM,<br><br>   Plaintiff,<br><br>   v.<br><br>CHEVROLET BUICK GMC OF PUYALLUP INC, HONDA OF FIFE,<br><br>   Defendant. | CASE NO. 3:24-cv-05859-JHC<br><br>ORDER |

This matter comes before the Court *sua sponte*. Plaintiff did not file an amended complaint by November 15, 2024. Thus, per the Order at Dkt. # 10, the Court DISMISSES this matter without prejudice.

Dated this 18th day of November 2024.

_____
John H. Chun
United States District Judge

ORDER - 1